UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Terry E. Sears,                                )
                                               )
       Plaintiff,                          )
                                               )
vs.                                            )
                                               )  Case No. 8:12-CV-00288-T-33TGW
                                               )
Eduardo Rivero, et al.,                        )
                                               )
       Defendant.                          )
                                               )

## PLAINTIFF'S MOTION IN LIMINE TO EXCLUDE GRIEVANCES AND DISCIPLINARY HISTORY

COMES NOW, Plaintiff, TERRY EUGENE SEARS, by and through the undersigned counsel, and moves this Honorable Court to enter an Order granting Plaintiff's Motion *in Limine* to Exclude Grievances and Disciplinary History, and in support thereof states as follows:

1. This lawsuit arises from an incident at Polk Correctional Institution ("PCI") during which Mr. Sears states that the correctional officers at PCI used excessive force upon him and failed to intervene, causing damages.

2. While incarcerated at PCI – and other facilities – Mr. Sears made a series of grievance reports.

3. Additionally, while incarcerated at PCI – and other facilities – Plaintiff was subject to disciplinary proceedings.

4. Federal Rule of Evidence 401 states, "Evidence is relevant if: (a) it has any tendency to make a fact more or less probable than it would be without the evidence; and (b) the fact is of consequence in determining the action.

5. Federal Rule of Evidence 403 states, "The court may exclude relevant evidence if its probative value is substantially outweighed by a danger of one or more of the following: unfair prejudice, confusing the issues, misleading the jury, undue delay, wasting time, or needlessly presenting cumulative evidence.

6. Plaintiff moves to exclude references to any prior or subsequent grievances that he filed within the correctional institution(s). The grievances Mr. Sears filed prior and subsequent to the episode at issue are completely irrelevant. Any probative value of the grievances is outweighed by their prejudicial effect on the Plaintiff.

7. Plaintiff moves to exclude any and all of his disciplinary history within the correctional institution(s), including any disciplinary history associated with the episode at issue. This evidence is irrelevant and any probative value is outweighed by its prejudicial effect on the Plaintiff. There is a danger that the disciplinary history, specifically from that from this incident, would mislead the jury. The jury may be likely to substitute the disciplinary history and disciplinary decisions with their own fact-finding function. An attempt by Defendants to admit the disciplinary history is an attempt to put the Plaintiff on trial.

8. For these reasons, any references to Plaintiff's prior or subsequent grievances or disciplinary history should be excluded from trial.

WHEREFORE, the Plaintiff, TERRY EUGENE SEARS, respectfully requests that this Honorable Court enter an Order granting his Motion *in Limine* to Exclude Grievances and Disciplinary History.

### Certificate of Compliance with Local Rule 3.01(g)

Pursuant to Local Rule 3.01(g), the undersigned certifies that she has attempted to confer in good faith with counsel for Defendants regarding the relief requested herein. Defense counsel

4853-2543-9134.1

was unavailable to confer, but Plaintiff's counsel is filing the Motion *in Limine* on this date due to the limited time before the approaching jury trial. This Honorable Court's Rulings will impact the length of trial and trial preparation. Plaintiff's counsel intends to attempt to confer again with Defense counsel on the Motion on August 1, 2019, before the pre-trial conference.

Dated: July 31, 2019

Respectfully submitted,

*/s/ Lauren D. Kerr*
Mark J. Wolfson (FBN 352756)
Michael P. Matthews (FBN 63988)
Kara M. Wick (FBN 85578)
Heather A. Lee (FBN 1011026)
Lauren D. Kerr (FBN 127593)
Foley & Lardner, LLP
100 North Tampa Street, Suite 2700
Tampa, FL 33602
Telephone: 813.229.2300
Facsimile: 813.221.4210
mmathews@foley.com
hlee@foley.com
lkerr@foley.com
*Attorneys for the Plaintiff,*
*Terry Eugene Sears*