UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TERRY EUGENE SEARS,

    Plaintiff,

v.                                 Case No. 8:12-cv-288-T-33TGW

DAVID PRINCE, FELISHIA DEXTER,
VERNIA ROBERTS, and JEFFREY HART,

    Defendants.
_____/

## VERDICT FORM

WE THE JURY unanimously return the following verdict:

**Eighth Amendment Excessive Force Claim against David Prince**

Do you find from a preponderance of the evidence:

1. That David Prince intentionally committed acts that violated Terry Sears's right to be free from cruel and unusual punishment?

    Answer Yes or No    ___No___

If your answer is "No," proceed to Question 5. If your answer is "Yes," go to the next question.

2. That David Prince's unconstitutional conduct caused Terry Sears to suffer more than a minimal physical injury?

    Answer Yes or No    _____

1

If your answer is "No," proceed to Question 6. If your answer is "Yes," go to the next question.

3. That Terry Sears should be awarded compensatory damages against David Prince to compensate Terry Sears for physical and/or emotional injury?

    Answer Yes or No     _____

If your answer is "Yes," in what amount?     $_____

If your answer is "No," go to Question 6. If your answer is "Yes," go to the next question.

4. That David Prince acted with malice or reckless indifference to Terry Sears's federally protected rights and that punitive damages should be assessed against David Prince?

    Answer Yes or No     _____

If your answer is "Yes," in what amount?     $_____

**If you answered "yes" to Question 1, skip Question 5 and proceed to Question 6.**

Do you find from a preponderance of the evidence:

5. That correctional officers, other than David Prince, intentionally committed acts that violated Terry Sears's right to be free from cruel and unusual punishment?

    Answer Yes or No     _*No*_

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

**<u>Eighth Amendment Failure to Protect Claim against Felishia Dexter</u>**

Do you find from a preponderance of the evidence:

6. That Felishia Dexter intentionally committed acts that violated Terry Sears's right to be free from cruel and unusual punishment by failing or refusing to intervene to stop a correctional officer's excessive use of force when she had the reasonable ability to do so?

    Answer Yes or No  _____

If your answer is "No," proceed to Question 10. If your answer is "Yes," go to the next question.

7. That Felishia Dexter's unconstitutional conduct caused Terry Sears to suffer more than a minimal physical injury?

    Answer Yes or No  _____

If your answer is "No," proceed to Question 10. If your answer is "Yes," go to the next question.

8. That Terry Sears should be awarded compensatory damages against Felishia Dexter to compensate Terry Sears for physical and/or emotional injury?

    Answer Yes or No  _____

3

If your answer is "Yes," in what amount?   $_____

If your answer is "No," proceed to Question 10. If your answer is "Yes," go to the next question.

9. That Felishia Dexter acted with malice or reckless indifference to Terry Sears's federally protected rights and that punitive damages should be assessed against Felishia Dexter?

   Answer Yes or No   _____

If your answer is "Yes," in what amount?   $_____

**Eighth Amendment Failure to Protect Claim against Vernia Roberts**

Do you find from a preponderance of the evidence:

10. That Vernia Roberts intentionally committed acts that violated Terry Sears's right to be free from cruel and unusual punishment by failing or refusing to intervene to stop a correctional officer's excessive use of force when she had the reasonable ability to do so?

    Answer Yes or No   _____

If your answer is "No," proceed to Question 14. If your answer is "Yes," go to the next question.

11. That Vernia Roberts's unconstitutional conduct caused Terry Sears to suffer more than a minimal physical injury?

    Answer Yes or No   _____

4

If your answer is "No," proceed to Question 14. If your answer is "Yes," go to the next question.

12. That Terry Sears should be awarded compensatory damages against Vernia Roberts to compensate Terry Sears for physical and/or emotional injury?

        Answer Yes or No   _____

If your answer is "Yes," in what amount?   $_____

If your answer is "No," proceed to Question 14. If your answer is "Yes," go to the next question.

13. That Vernia Roberts acted with malice or reckless indifference to Terry Sears's federally protected rights and that punitive damages should be assessed against Vernia Roberts?

        Answer Yes or No   _____

If your answer is "Yes," in what amount?   $_____

**Eighth Amendment Failure to Protect Claim against Jeffrey Hart**

Do you find from a preponderance of the evidence:

14. That Jeffrey Hart intentionally committed acts that violated Terry Sears's right to be free from cruel and unusual punishment by failing or refusing to intervene to stop a correctional officer's excessive use of force when he had the reasonable ability to do so?

    Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

15.  That Jeffrey Hart's unconstitutional conduct caused Terry Sears to suffer more than a minimal physical injury?

    Answer Yes or No  _____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

16.  That Terry Sears should be awarded compensatory damages against Jeffrey Hart to compensate Terry Sears for physical and/or emotional injury?

    Answer Yes or No  _____

If your answer is "Yes," in what amount?   $_____

If your answer is "No," this ends your deliberations, and your foreperson should sign and date the last page of this verdict form. If your answer is "Yes," go to the next question.

17.  That Jeffrey Hart acted with malice or reckless indifference to Terry Sears's federally protected rights and that punitive damages should be assessed against Jeffrey Hart?

    Answer Yes or No  _____

If your answer is "Yes," in what amount?   $_____

SO SAY WE ALL.

_____
Foreperson's Signature

DATE: _8-15-2019_