```
                UNITED STATES DISTRICT COURT
                 MIDDLE DISTRICT OF FLORIDA
                       TAMPA DIVISION


TERRY EUGENE SEARS,            )  Tampa, Florida
                               )
              Plaintiff,       )  No. 8:12-cv-288-T-33TGW
                               )
                               )  Docket No. 266
         vs.                   )
                               )  August 15, 2019
EDUARDO RIVERO, et al.,        )
                               )
              Defendants.      )  Courtroom 14B
_____)
```

**TRANSCRIPT OF JURY TRIAL**
BEFORE THE HONORABLE VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

(Vol. 4 of 4)

*Official Court Reporter:*

*Scott Gamertsfelder, RMR, FCRR*
*801 North Florida Avenue*
*Tampa, Florida 33602*
*Telephone: (813) 301-5898*

*(Proceedings reported by stenotype; Transcript produced by computer-aided transcription.)*

# **A P P E A R A N C E S**

**PLAINTIFF COUNSEL:**

    **Lauren Danielle Kerr, Esq.**
    **Heather Anne Lee, Esq.**
    **Kara Marie Wick, Esq.**
    **Mark J. Wolfson, Esq.**
    Foley & Lardner, LLP
    100 North Tampa Street, Suite 2700
    Tampa, Florida 33602
    (813) 225-5447


**DEFENSE COUNSEL:**

    **Shirley Wilson Durham, Assistant Attorney General**
    **Joseph Belitzky, Assistant Attorney General**
    Office of the Attorney General
    400 South Monroe Street
    Tallahassee, Florida 32399
    (850) 414-3300

**P R O C E E D I N G S**

August 15, 2019                                                    12:43 p.m.

- - -

COURT SECURITY OFFICER:  All rise.

The United States District Court in and for the Middle District of Florida is now in session.  The Honorable Virginia M. Hernandez Covington presiding.

Please be seated.

THE COURT:  Back on the record.

We have a verdict.  What I will do, we will bring the jury in.  I'll ask the foreperson to hand the verdict to me.  I'll look at it and hand it to the court deputy, who will read the verdict.  I will poll each juror individually to make sure that is their verdict.  I will excuse them and go thank them and then come back into the courtroom.

I did enter the order as far as the security guards are concerned.  I did enter the order having Mr. Sears transported back after the proceedings.  So that's already been entered.

We will bring the jury in, please.

COURT SECURITY OFFICER:  All rise for the jury.

(Jury enters courtroom at 12:44 p.m.)

COURT SECURITY OFFICER:  Thank you.  Please be seated.

THE COURT:  Welcome back, ladies and gentlemen.

1              I understand, ladies and gentlemen, you've reached
2    a verdict; is that correct?
3              THE FOREPERSON:  Yes.
4              THE COURT:  I ask the jury foreperson to please
5    hand it to the court security officer.
6              (*Document tendered*.)
7              THE COURT:  Thank you.  I'll ask the courtroom
8    deputy to please read the verdict.
9              THE COURTROOM DEPUTY:  Case No.
10   8:12-cv-288-T-33TGW, Terry Sears versus David Prince, Felisha
11   Dexter, Vernia Roberts, and Jeffrey Hart.
12             Verdict form.  Eighth Amendment excessive force
13   claim against David Prince.  Do you find from a preponderance
14   of the evidence that David Prince intentionally committed
15   acts that violated Terry Sears' right to be free from cruel
16   and unusual punishment?  No.
17             Do you find from a preponderance of the evidence
18   that correctional officer and others -- I'm sorry -- that
19   correctional officers other than David Prince intentionally
20   committed acts that violated Terry Sears' right to be free
21   from cruel and unusual punishment?  No.
22             So say we all August 15th, 2019, foreperson
23   Clearetha Smith.
24             THE COURT:  Thank you very much.
25             I'll now poll the jury, which is what I do in all

```
 1  of my cases.
 2              Juror No. 1, Miss Smith, is that your verdict?
 3              JUROR SMITH:  Yes.
 4              THE COURT:  Junior No. 2, Mr. Wilcox, is that your
 5  verdict?
 6              JUROR WILCOX:  Yes.
 7              THE COURT:  Juror No. 3, Miss Williams, is that
 8  your verdict?
 9              JUROR WILLIAMS:  Yes.
10              THE COURT:  Juror No. 4, Miss Coriolan, is that
11  your verdict?
12              JUROR CORIOLAN:  Yes.
13              THE COURT:  Juror No. 5, Miss Sweeney-Perales, is
14  that your verdict?
15              JUROR SWEENEY-PERALES:  Yes.
16              THE COURT:  Juror No. 6, Miss Gifford, is that
17  your verdict?
18              JUROR GIFFORD:  Yes.
19              THE COURT:  Juror No. 7, Mr. Wendling, is that
20  your verdict?
21              JUROR WENDLING:  Yes.
22              THE COURT:  Juror No. 8, Miss Gould, is that your
23  verdict?
24              JUROR GOULD:  Yes.
25              THE COURT:  Thank you very much, ladies and
```

1  gentlemen.  I really appreciate the time and attention that
2  you've put forth in the case.  I'm going to excuse you, and I
3  will go to the jury room to see if you have any questions
4  that I can answer.
5              COURT SECURITY OFFICER:  All rise for the jury.
6              (Jury exits courtroom at 12:48 p.m.)
7              THE COURT:  Just give me a moment, please, and
8  I'll be right back.  Thank you.
9              (*Brief pause.*)
10             THE COURT:  I thanked the jury for their service.
11 They said what a great job the lawyers did.  I said that
12 yesterday, and I echo that today.  I told them that the
13 plaintiff's lawyers were volunteer lawyers, and they were
14 just really grateful for your service, as well, too.  So I
15 think the lawyers all did a great job and worked very hard.
16             Your two motions that you had, your Rule 50
17 motions, judgment notwithstanding the verdict, I will deny
18 those as moot given the jury's verdict.
19             I entered an order that Mr. Sears can be taken
20 back as soon as possible to the state facility.  I don't
21 remember where it is, but I think it's Hamilton County.  That
22 order has already been entered.  The jury, as you can see
23 they -- you gave them something to think about.  They were
24 out a long time.
25             Is there anything from the plaintiff's side?

1   Anything else?
2            MS. LEE:  No, Your Honor.
3            THE COURT:  Thank you very much.  Again, thank you
4   for all your work.
5            From the defendants' side, anything else?
6            MS. DURHAM:  No, Your Honor.  Thank you.
7            MR. BELITZKY:  Thank you.
8            THE COURT:  Thank you very much.
9            We are in recess.
10           (Proceedings concluded at 12:57 p.m.)
11                            - - -

```
UNITED STATES DISTRICT COURT   )
                               )
MIDDLE DISTRICT OF FLORIDA     )
```

## REPORTER CERTIFICATE

     I, Scott N. Gamertsfelder, Official Court Reporter for the United States District Court, Middle District of Florida, do hereby certify that pursuant to Section 753, Title 28, United States Code, that the foregoing is a true and correct transcript from the stenographic notes taken by the undersigned in the matter of *TERRY EUGENE SEARS vs. EDUARDO RIVERO, et al.*, Case No. 8:12-cv-288-T-33TGW (Pages 1 through 7), and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

/s/ *Scott N. Gamertsfelder*, RMR, FCRR
*Official Court Reporter*

                                            Date: November 30, 2019