# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

January 17, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA  30303

Re:  Terry Eugene Sears
   v. Vernia Roberts, et al.
   No. 22-6074
   (Your No. 19-13668)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

**Scott S. Harris**, Clerk